IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRANK JACKSON,

    Petitioner,                   No. CIV S-07-0555 MCE GGH P

    vs.

T. FELKNER, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[1] A waiver of exhaustion,

---

[1] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

thus, may not be implied or inferred. A petitioner satisfies the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276, 92 S. Ct. 509, 512 (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021, 102 S. Ct. 1198 (1986).

After reviewing the petition for habeas corpus, it is unclear whether petitioner has exhausted state court remedies. The court cannot determine whether the claims petitioner presents in this federal petition have been presented to the California Supreme Court. Accordingly, petitioner is directed to provide proof of exhaustion. Petitioner may demonstrate proof of exhaustion by filing the California Supreme Court order addressing the specific claims raised in the instant petition.[2]

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave to proceed in forma pauperis;

2. Within twenty days of the date of this order, petitioner shall file proof of exhaustion; failure to respond to this order will result in a recommendation of dismissal of this action.

DATED: 4/6/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

jack555.ord

---

[2] If the California Supreme Court did not issue a reasoned decision, petitioner must also submit a copy of his petition filed in the California Supreme Court which raised these claims.

2