IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRANK JACKSON,

    Petitioner,               No. CIV S-07-0555 MCE GGH P

    vs.

T. FELKNER, et al.,              ORDER

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be served with the petition, but shall not file a response at the present time.

    In light of the length of petitioner's sentence, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

    Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. The Federal Defender is appointed to represent petitioner;

1

3. Within thirty days of this order, the parties shall file a joint scheduling statement which addresses the timing and order of the following matters:

 a. The number of days petitioner's counsel estimates it will take to file either:

  1. A statement indicating petitioner will stand on the existing petition, and supplemental memorandum of points and authorities, if any;

  2. An amended petition which will proceed on exhausted claims only; or

  3. An amended petition which identifies both exhausted and unexhausted claims, **demonstrates good cause for having failed to exhaust state court remedies as to any claims,**[1] and any intention to pursue unexhausted claims, after which the court **may** recommend that the proceedings be held in abeyance while petitioner exhausts any new claims in state court.

 b. Discovery and investigations;

 c. Anticipated motions;

 d. The need for and timing of an evidentiary hearing;

 e. Enumeration and resolution of unexhausted claims; and

 f. Possible future amendments to the pleadings.

Counsel are reminded of the importance of timely filing a joint scheduling statement. Failure to do so may result in sanctions.

/////
/////
/////
/////

---

[1] <u>Rhines v. Weber</u>, 544 U.S. 269, 125 S. Ct. 1528 (2005).

4. The Clerk of the Court shall serve a copy of this order on Michael Patrick Farrell, Senior Assistant Attorney General, and David Porter, Assistant Federal Defender.

DATED: 5/22/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

jack555.100