**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN FRANK JACKSON,<br>      Petitioner,<br><br>     v.<br><br>T. FELKNER, et al.,<br><br>      Defendants.<br>_____/ | Case No. CIV S-07-0555 MCE GGH P<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR ADDITIONAL TIME TO FILE JOINT SCHEDULING REPORT** |

GOOD CAUSE APPEARING THEREFORE, the Court hereby grants petitioner an extension of time of thirty (30) days, or until July 21, 2007, to file a joint scheduling order per this Court's order of May 22, 2007.

So ordered.

Dated: 6/20/07

               /s/ Gregory G. Hollows
               Magistrate Judge Hollows

jack555.eot