IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRANK JACKSON,

    Petitioner,                   No. CIV S-07-0555 MCE GGH P

   vs.

T. FELKNER, et al.,

    Respondents.             <u>ORDER</u>

_____/

       On July 19, 2007, the parties filed a joint scheduling statement. After reviewing the statement, the court makes the following ORDERS:

       1. On or before September 18, 2007, petitioner shall file either a) a statement indicating that he will stand on the existing petition and supplemental points and authorities or a statement identifying the exhausted and unexhausted claims contained in the existing petition, b) an amended petition containing exhausted claims only, or c) an amended petition containing unexhausted and unexhausted claims;

       2. If petitioner elects to proceed on exhausted claims only, he shall file on or before September 18, 2007, any requests for discovery or an evidentiary hearing; if petitioner seeks leave to exhaust additional claims, he shall file on or before September 18, 2007, briefing addressing the relevant standards set forth in <u>Rhines v. Weber</u>, 544 U.S. 269, 125 S.Ct. 1528

1  (2005);

2       3.  Within thirty days of September 18, 2007, respondent shall file a response to
3  either the original petition and supplemental points and authorities or amended petition;
4  petitioner may file a reply within thirty days thereafter.
5  DATED:  8/14/07

                                                         /s/ Gregory G. Hollows
6                                         UNITED STATES MAGISTRATE JUDGE
7
8  jack555.sch