1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **STEVEN FRANK JACKSON,**                          CIV S-07-0555 MCE GGH P

12                                    Petitioner,        **ORDER**

13               **v.**

14   **T. FELKNER, et al.,**

15                                   Respondents.

16

17          Respondent has requested a 30day extension of time in which to file a response to the

18   petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE appearing, Respondent is

19   granted an extension of time to and including December 17, 2007, in which to file a response to

20   the petition for writ of habeas corpus.

21   Dated: 11/21/07                        /s/ Gregory G. Hollows
                                            U.S. Magistrate Judge
22

23

24
     jack555.eot(2)
25

26

27

28

                                              1