IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN FRANK JACKSON,** | CIV S-07-0555 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **T. FELKNER, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before January 16, 2008.

Dated: 12/19/07           /s/ Gregory G. Hollows
                          U.S. Magistrate Judge

jack555.eot(2)

[Proposed] Order

1