IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRANK JACKSON,

    Petitioner,                    No. CIV S-07-0555 MCE GGH P

    vs.

T. FELKNER, et al.,

    Respondents.              <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's March 14, 2008, second request for an extension of time to file a reply to respondent's answer is granted; petitioner's reply is due on or before April 16, 2008.

DATED: 03/21/08

                                    <u>/s/ Gregory G. Hollows</u>
                                    U.S. MAGISTRATE JUDGE

1