# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRANK JACKSON,                          Case No. CIV S-07-0555 MCE GGH P

               Petitioner,

**ORDER GRANTING
PETITIONER'S REQUEST FOR
ADDITIONAL TIME TO FILE**
          v.                                   **TRAVERSE**

T. FELKNER, et al.,

                       Department: Magistrate Judge Hollows

               Defendants.

_____/

      GOOD CAUSE APPEARING THEREFORE, the Court hereby grants

petitioner an extension of time until May 16, 2008, to file a traverse.

      So ordered.

Dated: 05/02/08

                              /s/ Gregory G. Hollows
                              United States Magistrate Judge

jack555.eot(2)