**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

August 6, 2009

Mark Elbert
Attorney at Law
P.O. Box 1126
Half Moon Bay, CA 94019

**FILED**

AUG - 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Re: **Steven Jackson v. Felkner**
**CIV.S 07-0555 MCE GGH**

Dear Mr. Elbert:

This will confirm your appointment as counsel by the Honorable Morrison C. England Jr., U.S. District Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

Becky Darwazeh
CJA - Legal Secretary

:bd
Enclosures

cc: Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Steven Jackson | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CIV.S-07-0555 MCE GGH | 5. APPEALS DKT./DEF. NUMBER<br>09-15379 | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>Jackson v. Felkner | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☑ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☑ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Appeal | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS

Mark Eibert
P.O. Box 1126
Half Moon Bay, CA 94019

Telephone Number: (650) 638-2380

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
☑ O Appointing Counsel            ☐ C Co-Counsel
☐ F Subs For Federal Defender     ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney       ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Dates: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

_____
Signature of Presiding Judge or By Order of the Court

AUG -5 2009                    6/3/2009
Date of Order               Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | 0.00 | | | |
| | b. Bail and Detention Hearings | | 0.00 | | | |
| | c. Motion Hearings | | 0.00 | | | |
| In Court | d. Trial | | 0.00 | | | |
| | e. Sentencing Hearings | | 0.00 | | | |
| | f. Revocation Hearings | | 0.00 | | | |
| | g. Appeals Court | | 0.00 | | | |
| | h. Other (Specify on additional sheets) | | 0.00 | | | |
| | (RATE PER HOUR = $ 110.00 )  TOTALS: | | 0.00 | 0.00 | | |
| 16. | a. Interviews and Conferences | | 0.00 | | | |
| Out of Court | b. Obtaining and reviewing records | | 0.00 | | | |
| | c. Legal research and brief writing | | 0.00 | | | |
| | d. Travel time | | 0.00 | | | |
| | e. Investigative and other work (Specify on additional sheets) | | 0.00 | | | |
| | (RATE PER HOUR = $ 110.00 )  TOTALS: | | 0.00 | 0.00 | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 0.00 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM: _____   TO: _____ | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES  ☐ NO   If yes, were you paid?   ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____    Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 29 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| STEVEN FRANK JACKSON, | No. 09-15379 |
|---|---|
| Petitioner - Appellant, | D.C. No. 2:07-cv-00555-RJB |
| v. | Eastern District of California, Sacramento |
| T. FELKNER, | ORDER |
| Respondent - Appellee. | |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appointed counsel Catherine Fancher Campbell, Esq., P.O. Box 4470, Fresno, California 93744, (559) 498-8140, to be relieved as counsel and for the appointment of new counsel is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Eastern District of California, who will locate appointed counsel. The district court shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel. If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

The certificate of record has been filed in this appeal. Appellant's opening brief and excerpts of record are due August 3, 2009; appellee's answering brief is due September 2, 2009; and the optional reply brief is due 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel.

The Clerk shall also serve this order on appellant individually at Reg. No. N-84126, P.O. Box 5005, Calipatria, California 92233.