**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE AT UNION STATION
1717 Pacific Avenue, Room 4427
Tacoma, Washington  98402-3224

**ROBERT J. BRYAN**  Telephone:
United States District Judge  (253) 882-3870

June 5, 2012

Mr. Steven Jackson
V-54126-03-223
P.O. Box 4760
Lancaster CA   93539

RE:   Jackson v. Felkner
       07-CV-00555-RJB

Dear Mr. Jackson;

The court has received your letter requesting answers to several questions about your case (Dkt. 54).

It is not proper for the court to explain court rulings or otherwise provide you with legal advice.  I suggest that you contact your attorneys with your questions.

Sincerely,

Robert J Bryan
United States District Judge

RJB/jvl

cc:   Court file